UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-271 RSL |
|---|---|
| Plaintiff, | |
| v. | DETENTION ORDER |
| JACOB JONES, | |
| Defendant. | |

Offense charged:

    Counts 1, 3, and 5:    Selling Social Security Cards

    Counts 2, 4, and 6:    Aggravated Identity Theft

Date of Detention Hearing: November 16, 2018.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    1.    Defendant has a substantial history of economic crime.

    2.    Defendant has a substantial on-going substance abuse problem, and no acceptable residence.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

3. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the economic safety of the community.

4. If bed space at a supervised in-patient facility becomes open, the Court is amendable to releasing defendant to release to such a facility.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 16th day of November 2018.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge