UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JACOB JONES, <br><br> Defendant. | NO. CR18-271RSL <br><br> ORDER OF REFERENCE |

The Court hereby refers to United States Magistrate Judge James P. Donohue, defendant's "Motion to Reopen Detention Hearing" Dkt. #16, pending before this Court.

DATED this 11th day of December, 2018.

_____
Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE