UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JACOB JONES,<br><br>    Defendant. | Case No. 2:18-CR-271-RSL<br><br>ORDER GRANTING MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court on the defendant's "Unopposed Motion to Continue Trial and Pretrial Motions Deadline." Dkt. #21. Having considered the facts set forth in the motion, and the defendant's knowing and voluntary waiver, the Court finds as follows:

1. The Court adopts the facts set forth in the unopposed motion; specifically, that defendant is currently undergoing intensive inpatient treatment at the Union Gospel Mission Men's Recovery Program, and that defense counsel needs additional time to review discovery and prepare for trial. The Court accordingly finds that a failure to grant a continuance would deny counsel, and any potential future counsel, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE - 1

3. The Court finds that the additional time requested between January 22, 2019, and the proposed trial date of June 10, 2019 is a reasonable period of delay, as defense counsel needs additional time to review discovery and consult with defendant; and that this additional time is necessary to provide defense counsel reasonable time to prepare for trial, considering all of the facts set forth above.

4. The Court further finds that this continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(H)(7)(A).

5. Defendant has signed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including July 1, 2019, Dkt. #22, which will permit trial to start on June 10, 2019, per defense counsel's request.

IT IS HEREBY ORDERED that the trial date be continued from January 22, 2019, to June 10, 2019.

IT IS FURTHER ORDERED that the pretrial motions cutoff date be continued to May 13, 2019.

IT IS FURTHER ORDERED that the period of time from the current trial date of January 22, 2019, up to and including July 1, 2019, shall be excludable time pursuant to the 18 U.S.C. § 3161, *et seq*. The period of delay attributable to this filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

DATED this 26th day of December, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge