JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-271-RSL |
| Plaintiff, | |
| vs. | ORDER GRANTING UNOPPOSED MOTION TO MODIFY BOND CONDITIONS |
| JACOB JONES, | ~~(PROPOSED)~~ |
| Defendant. | |

This matter has come before the Court on Jacob Jones's motion to modify the conditions of his bond. The Court has considered the motion and relevant files related to this case.

THE COURT NOW ORDERS that the GPS-related special condition of Mr. Jones' bond is eliminated. All other conditions of bond shall remain in place.

DATED this 28+ day of August, 2019.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Mohammad Ali Hamoudi*
Assistant Federal Public Defender
Attorney for Jacob Jones

ORDER TO MODIFY BOND CONDITIONS- 1
(*Jacob Jones*; CR18-271-RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100