JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-271-RSL |
| Plaintiff, | |
| vs. | ORDER GRANTING UNOPPOSED MOTION TO EXTEND REPORT DATE |
| JACOB JONES, | |
| Defendant. | |

The Court has reviewed Mr. Jones' Unopposed Motion to Extend Report Date, and the records and files in this case.

The motion is GRANTED and the date in which Mr. Jones may report to the Bureau of Prisons is extended from January 3, 2022, to February 3, 2022.

DATED this  14th  day of December, 2021.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by,

s/ *Mohammad Ali Hamoudi*
Assistant Federal Public Defender
Attorney for Jacob Jones

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND REPORT DATE - 1
(*Jacob Jones*; CR18-271-RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100