1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,        )        No. CR18-271RSL
                                 )
                    Plaintiff,   )
                                 )        ORDER STRIKING HEARING
        v.                       )
                                 )
JACOB JONES,                     )
                                 )
                    Defendant.   )
_____)

14    The final hearing on revocation scheduled for November 7, 2024, is STRICKEN.  The

15   Court endorses probation's continued actions of drug testing.

16
17
18    DATED this 10th day of October, 2024.

19
20                                        _____
                                          Robert S. Lasnik
21                                        United States District Judge
22
23
24
25
26

ORDER STRIKING HEARING